# United States Court of Appeals
# for the Federal Circuit

---

December 31, 2025

**ERRATA**

---

Appeal No. 2024-2215

**LIBBY A. DEMERY,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

Decided: November 4, 2025
Nonprecedential Opinion

---

Please make the following changes:

On page 3, change "5 U.S.C. § 3330(a)(2)(A)" to "U.S.C. § 3330a(a)(2)(A)"

On page 3, change "31–35" to "30–35"

On page 3, change "Accordingly, the administrative judge upheld Labor's dismissal of her claim" to "Accordingly, the administrative judge dismissed her appeal for lack of jurisdiction."

On page 3, following the sentence above, change "S.A. 16" to "S.A.16–17"